# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALBERT HERNANDEZ, ADC #65214**                                                    **PLAINTIFF**

**v.**               **CASE NO. 5:10CV00241 BSM/JTK**

**CORRECTIONAL MEDICAL SERVICES, et al.**                              **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's request to proceed *in forma pauperis* [Doc. No. 1] is DENIED.

2. Should plaintiff wish to continue this case, he shall submit the statutory filing fee of $350 to the clerk, noting the above case style and number within ten (10) days of the date of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. The case is therefore dismissed without prejudice, and an appropriate judgment shall accompany this order.

Dated this 23rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE