# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALBERT HERNANDEZ, ADC #65214**                                       **PLAINTIFF**

**v.**               **CASE NO. 5:10CV00241 BSM/JTK**

**CORRECTIONAL MEDICAL SERVICES, et al.**                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case be, and is hereby, DISMISSED, WITHOUT PREJUDICE. The relief sought is DENIED.

IT IS SO ADJUDGED this 23rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE